# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Thomas Olson, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Queen City Pizza, LLC, )<br>)<br>Defendant. )<br>) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br>Case No. 1:22-cv-070 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on January 4, 2023, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 21st day of July, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court