IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

**THOMAS OLSON, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            Case No. 1:22-cv-70

**QUEEN CITY PIZZA, LLC**            **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Thomas Olson and Defendant Queen City Pizza, LLC, hereby jointly stipulate to and move for a dismissal of all claims and causes of action asserted in the above-captioned action by or against any party in this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs, expenses, and attorneys' fees except as otherwise agreed between them.

Respectfully submitted,

**PLAINTIFF THOMAS OLSON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

        */s/ Sean Short*
        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

**and**    **DEFENDANT QUEEN CITY PIZZA, LLC**

        GORDON REES SCULLY MANSUKHANI, LLP
        80 S. 8th Street, Suite 3850
        Minneapolis, MN 55402
        Telephone: (651) 802-3364

        */s/ Dan Brees*
        Daniel Brees
        dbrees@grsm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 19, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record.

        */s/ Josh Sanford*
        **JOSH SANFORD**