# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Thomas Olson, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING JOINT** |
| ) | **STIPULATION OF DISMISSAL** |
| vs. ) | |
| ) | Case No. 1:22-cv-070 |
| Queen City Pizza, LLC, ) | |
| ) | |
| Defendant. ) | |

Before the Court is a "Joint Stipulation of Dismissal with Prejudice" between Plaintiff Thomas Olson and Defendant Queen City Pizza, LLC, filed on April 19, 2023. See Doc. No. 24. The Court **ADOPTS** the stipulation (Doc. No. 24) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs, disbursements, or attorneys' fees to either party.

**IT IS SO ORDERED**.

Dated this 20th day of April, 2023.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court